QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERTO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-466-KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| ROBERTO GARCIA, ) | |
| ) | Date: December 1, 2005 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Kimberly J. Mueller |
| _____ ) | |

It is hereby stipulated between the parties, Christine Watson, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference presently scheduled for November 17, 2005 be vacated, and rescheduled for status conference on December 1, 2005 at 10:00 a.m.

This continuance is being requested because counsel for the United States will be out of the office.

It is further stipulated that the period from November 17, 2005 through and including December 1, 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2  Dated: November 15, 2005

3                                          Respectfully submitted,

4                                          QUIN DENVIR
                                        Federal Defender

5                                          /s/ Mary M. French

6                                          _____
                                        MARY M. FRENCH

7                                          Assistant Federal Defender
                                        Attorney for Defendant

8                                          ROBERTO GARCIA

9

10 Dated: November 15, 2005          MCGREGOR W. SCOTT
                                        United States Attorney

11

12                                         /s/  Mary M. French for
                                               Christine Watson

13                                         _____
                                        CHRISTINE WATSON

14                                         Assistant U.S. Attorney
                                        per telephonic authorization

15

16                           **O R D E R**

17 IT IS SO ORDERED.

18 Dated:  November 15, 2005.

19

20                              _____
                             UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2