QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERTO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>    v.                            )<br>                                  )<br>ROBERTO GARCIA,                   )<br>                                  )<br>            Defendant.            )<br>                                  )<br>_____ )  | No. CR-S-05-466-KJM<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br>Date: December 8, 2005<br>Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

   It is hereby stipulated between the parties, Christine Watson, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference presently scheduled for December 1, 2005 be vacated, and rescheduled for status conference on December 8, 2005 at 10:00 a.m.

   This continuance is being requested because undersigned counsel is awaiting a proposed plea agreement from the government and time is needed to review it with her client.

   It is further stipulated that the period from December 1, 2005 through and including December 8, 2005 should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated: November 30, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
ROBERTO GARCIA

Dated: November 30, 2005              MCGREGOR W. SCOTT
                                      United States Attorney


                                      /s/  Mary M. French for
                                           Christine Watson
                                      _____
                                      CHRISTINE WATSON
                                      Assistant U.S. Attorney
                                      per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated:  November 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Stipulation & Order                      2